RECEIVED
IN ALEXANDRIA, LA.

FEB 29 2012

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| HENRY LEE HARRIS | DOCKET NO. 11-CV-831; SEC. P |
| VERSUS | JUDGE James T. Trimble, Jr. |
| TIM WILKINSON, ET AL | MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** Plaintiff's claim be **DENIED** and **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief can be granted under 28 U.S.C. §1915(e)(2)(B) against **all defendants except** Ms. Keefer, Mr. Chad Long, Mrs. Gaskill, and Ms. Burke. Service of process has been ordered on Keefer, Long, Gaskill and Burke.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 29th day of _____, 2012.

_____
James T. Trimble, Jr.
UNITED STATES DISTRICT JUDGE