RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 11/5/14
/MB

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| HENRY LEE HARRIS,<br>    Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. 1:11-cv-00831 |
| VERSUS | |
| TIM WILKINSON, et al.,<br>    Respondent | JUDGE JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that defendants' motion for summary judgment is GRANTED as to Nurse Keiffer and Nurse Gaskill, and Harris' actions against Keiffer and Gaskill (which are his sole remaining claims) are DENIED AND DISMISSED WITH PREJUDICE.

**THUS ORDERED AND SIGNED** in Chambers at Alexandria, Louisiana, on this 5th day of November, 2014.

                                              JAMES T. TRIMBLE, JR.
                                     UNITED STATES DISTRICT JUDGE